UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOUSSAIN KETTANI,

  Plaintiff,

v.   CASE NO: 8:18-cv-01205-MSS-JSS

FLORIDA POLYTECHNIC UNIVERSITY

  Defendant.
  _____/

## MOTION TO WITHDRAWAL AS COUNSEL OF RECORD

COMES NOW, Michael Mattimore, Shannon Kelly and Allen Norton & Blue, P.A., undersigned counsel of record for Defendant, FLORIDA POLYTECHNIC UNIVERSITY, and pursuant to this Court's Local Rules 7.1 and 11.1, moves to be withdrawn as an attorney of record in this matter and, in support thereof, states as follows:

1. Defendants in this matter initially retained legal representation by the law firm of Allen, Norton & Blue, P.A. Subsequently, Defendant retained legal representation by the law firm of Hall, Arbery, Gilligan, Roberts & Shanle, and attorney Mark L. Bonfanti.

2. Defendants consent to the undersigned withdrawing and attorneys Mark L. Bonfanti intent to continue as counsel of record on behalf of Defendants in this case. Undersigned's withdrawal will not prejudice any party in this matter.

WHEREFORE, the undersigned respectfully requests this Court to grant the instant Motion to Withdraw as Counsel of Record.

Respectfully submitted this 1st day of Augus 2018.

/s/ *Michael Mattimore*
**Michael Mattimore**
Florida Bar No. 0335071
mmattimore@anblaw.com
ALLEN, NORTON & BLUE, P.A.
906 N. Monroe Street
Tallahassee, FL 32303
(850) 561-3503
**Shannon L. Kelly**
Florida Bar No. 031093
skelly@anblaw.com
ALLEN, NORTON & BLUE, P.A.
1477 W. Fairbanks Avenue, Suite 100
Winter Park, Florida 32789-7108
(407) 571-2152

Counsels for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August 2018, a true and correct copy of the foregoing was electronically filed using the Florida Courts E-Filing Portal, which will send a notice of electronic filing to Tark Aquadi, Esq., CAIR Florida, Inc., 1507 S. Hiawassee Road, Suite 212, Orlando, Florida 328235

/s/ *Michael Mattimore*
Attorney