# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HOUSSAIN KETTANI,

    Plaintiff,                                     Case No: 8:18-CV—1205-MSS-JSS

v.

FLORIDA POLYTECNIC UNIVERSITY,      Honorable Mary S. Scriven

    Defendant.

_____/

## PLAINTIFF'S INITIAL DISCLOSURES

COMES NOW Plaintiff Houssain Kettani, by and through the undersigned counsel, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, and files this initial disclosure as follows:

1. **The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

    1) Houssain Kettani, 2528 Ladoga Dive, Lakeland, FL 33805, (601) 955-4351, Plaintiff has a detailed account of facts alleged in complaint;

    2) Mark Mroczkowski, VP CFO Florida Polytechnic University, 4700 Research Way, Lakeland, FL 33805, (800) 585-7659. Subject: The treatment of Dr. Kettani at the University, the University's stance on minorities, and the Provost's prior history of dealing with minorities in the University community where he formerly worked. Other subjects to be added with ongoing discovery.

1

3) Richard Matyi, Associate Professor Mechanical Engineering and President of Union for Florida Polytechnic University, 4700 Research Way, Lakeland, FL 33805, (800) 585-7659. Subject: The treatment of Dr. Kettani at the University, the University's stance on minorities, and the Provost's prior history of dealing with minorities in the University community where he formerly worked. Other subjects to be added with ongoing discovery.

4) Karim Elish, Associate Professor of Computer Science, 4700 Research Way, Lakeland, FL 33805, (863) 583-9050. Subject: The treatment of Dr. Kettani at the University, the University's stance on minorities, and the Provost's prior history of dealing with minorities in the University community where he formerly worked. Other subjects to be added with ongoing discovery.

5) Sesha Srinivasan, Associate Professor of Physics, 4700 Research Way, Lakeland, FL 33805, (863) 583-9050. Subject: The treatment of Dr. Kettani at the University, the University's stance on minorities, and the Provost's prior history of dealing with minorities in the University community where he formerly worked. Other subjects to be added with ongoing discovery.

6) Terry Parker, Executive Vice President and Provost, 4700 Research Way, Lakeland, FL 33805, (863) 583-9050. Subject: The treatment of Dr. Kettani at the University, the University's stance on minorities, and the Provost's prior history of dealing with minorities in the University community where he formerly worked. Other subjects to be added with ongoing discovery.

7) Tiffany Dvorske, Success Coach, Academic Success Coach, 4700 Research Way, Lakeland, FL 33805, (863) 583-9050. Subject: The treatment of Dr. Kettani at the

University, the University's stance on minorities, and the Provost's prior history of dealing with minorities in the University community where he formerly worked. Other subjects to be added with ongoing discovery.

8) Lauren Willison, Ombudsman, 4700 Research Way, Lakeland, FL 33805, (863) 583-9050. Subject: The treatment of Dr. Kettani at the University, the University's stance on minorities, and the Provost's prior history of dealing with minorities in the University community where he formerly worked. Other subjects to be added with ongoing discovery.

9) Youssef Al-Nashif, 4700 Research Way, Lakeland, FL 33805, (863) 583-9050

10) Kevin Calkins, Institutional Research Director, 4700 Research Way, Lakeland, FL 33805, (863) 583-9050. Subject: The treatment of Dr. Kettani at the University, the University's stance on minorities, and the Provost's prior history of dealing with minorities in the University community where he formerly worked. Other subjects to be added with ongoing discovery.

11) Rick Maxey, VP Government Relations, 4700 Research Way, Lakeland, FL 33805, (863) 583-9050. Subject: The treatment of Dr. Kettani at the University, the University's stance on minorities, and the Provost's prior history of dealing with minorities in the University community where he formerly worked. Other subjects to be added with ongoing discovery.

12) Kathryn Miller, Associate Provost, 4700 Research Way, Lakeland, FL 33805, (863) 583-9050. Subject: The treatment of Dr. Kettani at the University, the University's stance on minorities, and the Provost's prior history of dealing with

   minorities in the University community where he formerly worked. Other subjects to be added with ongoing discovery.

   13) Chris Loschiavo, Title IX Coordinator, 4700 Research Way, Lakeland, FL 33805, (863) 583-9050. Subject: The treatment of Dr. Kettani at the University, the University's stance on minorities, and the Provost's prior history of dealing with minorities in the University community where he formerly worked. Other subjects to be added with ongoing discovery.

2. **A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to supports its claims or defenses, unless the use would be solely for impeachment:**

   1) Invitation for Onsight Interviews E-mail
      i. On Council on American-Islamic Relations computer
   2) Pulse Accouncement
      i. On Council on American-Islamic Relations computer
   3) Terry Parker Memo, Re: Examination of Content and Conduct of Dr. Houssain Kettani's Applied Cryptography Courses
      i. On Council on American-Islamic Relations computer
   4) Tiffany Dvorske Incident Report
      i. On Council on American-Islamic Relations computer
   5) Houssain Kettani E-mail Reply to Terry Parker, May 18, 2017
      i. On Council on American-Islamic Relations computer
   6) Houssain Kettani Reponse to Tiffany Dvorske Incident Report, May 18, 2017

      i. On Council on American-Islamic Relations computer

7) Matt Bohm E-mail to Houssain Kettani about Scholar Rankings, May 22, 0217

      i. On Council on American-Islamic Relations computer

8) Houssain Kettani E-mail to Tarry Parker and Nicole Jackson about Scholar Rankings, May 23, 2017

      i. On Council on American-Islamic Relations computer

9) Draft Notice of Harassment by Dr. Matt Bohm

      i. On Council on American-Islamic Relations computer

10) Houssain Kettani E-mail titled to Tarry Parker and Rick Maxey, June 7, 2017

      i. On Council on American-Islamic Relations computer

11) Houssain Kettani E-mail on July 31, 2017 titled, "Next step in the resolution of complaints"

      i. On Council on American-Islamic Relations computer

12) Richard Matyi E-mail on August 1, 2017 titled, "Next step in the resolution of complaints"

      i. On Council on American-Islamic Relations computer

13) Document on August 13, 2017 titled, "Resolution to the complaint dated May 16, 2017, the counter complaint dated May 18, 2017, and incidents associated with these complaints"

      i. On Council on American-Islamic Relations computer

14) Letter to Frank T. Martin by "A concerned Poly employee"

      i. On Council on American-Islamic Relations computer

15) Houssain Kettani Letter to Trustee Martin

5

      i. On Council on American-Islamic Relations computer

16) A 122-paged Correspondence File (contains various correspondences)

      i. On Council on American-Islamic Relations computer

17) A 106-paged Correspondence File (contains various correspondences)

      i. On Council on American-Islamic Relations computer

18) Florida Polytecnhic University Board of Trustees Non-Discrimination/Equal Employment Policy

      i. On Council on American-Islamic Relations computer

19) Florida Polytecnhic University Board of Trustees Discrimination and Harassment Complaint and Investigation Procedures

      i. On Council on American-Islamic Relations computer

20) Florida Polytecnhic University E-mail for Students as Official Mode of Communication Policy

      i. On Council on American-Islamic Relations computer

21) Florida Polytecnhic University Board of Trustees Confidentiality of Student Records and Applicant Records

      i. On Council on American-Islamic Relations computer

22) Florida Polytecnhic University Student Grievance Process

      i. On Council on American-Islamic Relations computer

23) Florida Polytecnhic University Board of Trustees Academic Freedom and Responsibility Policy

      i. On Council on American-Islamic Relations computer

24) Florida Polytecnhic University Board of Trustees Personnel Code of Conduct and Ethics

    i. On Council on American-Islamic Relations computer

25) Florida Polytecnhic University Faculty Assignment of Responsibility

    i. On Council on American-Islamic Relations computer

26) Houssain Kettani – Summer Contract 2017

    i. On Council on American-Islamic Relations computer

27) Houssain Kettani Teaching Evaluation 2017

    i. On Council on American-Islamic Relations computer

28) Florida Polytechnic University Rejection of Settlement Demand, February 8, 2018

    i. On Council on American-Islamic Relations computer

29) Houssain Kettani Teaching Statement and Philosophy

    i. On Council on American-Islamic Relations computer

3. **A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:**

- Back Pay: approximately $120,000.00 per year for 2.0 years while the case awaits trial = $240,000.00.
- Front Pay: approximately $120,000.00, anticipating at least 1 year to obtain comparable employment.

- Lost Benefits: approximately $25,000.00 of benefits lost for insurances.

- Loss or Property Value: Forced sale of home purchased in reliance of future employment. It is estimated that Plaintiff will lose approximately $60,000.00 in home value so that he relocates to take other employment.

- Relocation Costs of approximately $10,000.00 to resettle his family in a new location as he moved in reliance on long term tenure track employment with the Defendant.

- Punitive Damages: as set by the Court due to the egregious acts of the Defendants and prior knowledge the administration had of the Provost's negative history with minorities from other universities he worked in.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Plaintiff's Initial Disclosures has been filed on September 24, 2018 as follows:

*Via USPS Ground Mail to:*
Mark Bonfanti
Hall, Arbery, Gilligan, Roberts & Shanle
4987 East Co. Highway 30-A
Santa Rosa Beach, FL 32459
*Via E-mail to:*
Mark Bonfanti
mbonfanti@hagrslaw.com

*Via CM/ECF to:*
Mark Bonfanti
Allen, Norton & Blue, PA
Suite 100
906 N Monroe St
Tallahassee, FL 32303
850/561-3503
Fax: 850-561-0332
Email: mbonfanti@anblaw.com

Respectfully submitted,

/s/ Tark Richard Aouadi, Esq.

Tark Richard Aouadi, Esq.
Florida Bar # 0671223
CAIR FLORIDA
1507 S Hiawassee Rd Suite 212
Orlando, FL 32835
taouadi@cair.com
813-514-141
For the Plaintiff