UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOUSSAIN KETTANI,

    Plaintiff,

v.                                       Case No. 8:18-cv-1205-T-35JSS

FLORIDA POLYTECHNIC UNIVERSITY,

    Defendant.
_____/

## DEFENDANT FLORIDA POLYTECHNIC UNIVERSITY'S RULE 26(a)(1) INITIAL DISCLOSURES

COMES NOW Defendant FLORIDA POLYTECHNIC UNIVERSITY (hereinafter "FPU" or "Defendant"), by and through its undersigned counsel of record, and provides these Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). These disclosures are based on Defendant's current understanding of the issues in the case and the information currently available to Defendant. Defendant is still in the process of investigating this matter and reserves the right to supplement these disclosures.

### Initial Disclosures

A. **IDENTITY OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

    Plaintiff, Dr. Hussein Kettani
c/o Tark Aouadi, Esq.
CAIR Florida, Inc.
1507 S. Hiawassee Road, Suite 212
Orlando, FL 32835
Telephone: (407) 490-0407

Plaintiff is believed to have information regarding the facts and circumstances of his employment with Defendant, his discrimination claims, his breach of contract claim, his termination of employment with Defendant, his attempts and/or efforts to address the alleged discrimination, communications regarding such efforts, the damages that Plaintiff claims in this action, and any mitigation of such alleged damages.

    Dr. Terry Parker
c/o Mark Bonfanti, Esq.
HALL, ARBERY, GILLIGAN, ROBERTS & SHANLEVER LLP
4987 E. County Highway 30A
Seagrove Beach, FL 32459
Telephone: 850-5450038

Dr. Parker, as Plaintiff's supervisor during his employment with Defendant, has information regarding the facts and circumstances surrounding Plaintiff's employment with Defendant, Plaintiff's performance as an employee with Defendant, Plaintiff's job duties and requirements, the history and the status of the Plaintiff's contracts with Defendant, and the communications with Plaintiff regarding his employment with Defendant both before and after termination, including communications regarding the potential contract extension of Plaintiff by Defendant.

B. <u>RELEVANT DOCUMENTS</u>

The relevant contents of Plaintiff's Personnel File maintained by Defendant.

The above documents are maintained by Defendant electronically and in paper form at its offices.

C. <u>DAMAGES</u>

Defendants asserts that Plaintiff is not entitled to damages in this matter. Defendant claims no affirmative damages in this case.

D. <u>INSURANCE AGREEMENTS</u>

None Applicable.

Dated this 6th day of December, 2018.

Respectfully Submitted,

                                                  */s/ Mark L. Bonfanti*
Mark L. Bonfanti
Florida Bar No. 10185
mbonfanti@hagrslaw.com
Jennifer K. Sniadecki
Florida Bar No. 1010134
jsniadecki@hagrslaw.com
**HALL, ARBERY, GILLIGAN, ROBERTS & SHANLEVER LLP**
4987 E. Co. Hwy. 30a
Seagrove Beach, Florida 32459
Telephone: (850) 213-0604
Facsimile: (404) 537-5555

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 6, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

*/s/ Jennifer K. Sniadecki*
Jennifer K. Sniadecki
Florida Bar No. 1010134
jsniadecki@hagrslaw.com
**HALL, ARBERY, GILLIGAN, ROBERTS & SHANLEVER LLP**
4987 E. Co. Hwy. 30a
Seagrove Beach, Florida 32459
Telephone: (850) 213-0604
Facsimile: (404) 537-5555

*Attorney for Defendant*